# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:20-CR-00240-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER**<br>) |
| JARMEL BROWNLEE, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the United States of America's Motion to Dismiss without prejudice Counts One and Two as to Jarmel Brownlee in the above-captioned Bill of Indictment, because he has pleaded guilty to related charges in Docket Number 3:21-cr-65-KDB. The Court has reviewed the Motion and finds that good cause has been shown to justify the Motion to Dismiss without prejudice. Accordingly, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Counts One and Two of the Bill of Indictment (Doc. No. 3) be **DISMISSED** without prejudice.

**SO ORDERED**.

Signed: August 6, 2021

Kenneth D. Bell
United States District Judge